FILE COPY



# CAUSE NO. 12-14-00044-CR

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| **SHAKEITHA CARTWRIGHT, APPELLANT** | } | **APPEALED FROM 273RD** |
| **V.** | } | **DISTRICT COURT IN AND FOR** |
| **THE STATE OF TEXAS, APPELLEE** | } | **SHELBY COUNTY, TEXAS** |

### *PER CURIAM ORDER*

The Court, having reviewed Appellant's motion for rehearing and the State's objection to the motion, is of the opinion that further briefing, including appropriate citations to authorities, is necessary.

IT IS THEREFORE ORDERED that Appellant, on or before twenty (20) days from the date of this Order, shall submit briefing to the Court addressing the merits of the following objection made by the State:

> The argument that the trial judge could not read and rely on the prior recorded testimony at the initial *Jackson v. Denno* (art. 38.22, TEX. CODE CRIM. PROC.) hearing was **waived** because defense trial counsel **expressly consented** to the trial judge reading the prior record to make his voluntariness determination. (RR, V. 4, P. 144-146 (agreement of parties)); RR, V. 5, P. 9-10 (defense attorney inquiry to Court about whether the Court had finished reading prior *Jackson v. Denno* record); RR, V. 5, P. 193 (agreement of parties)).

IT IS FURTHER ORDERED that the State, on or before twenty (20) days after the date Appellant's briefing is filed in this Court, shall file a response to Appellant's further briefing.

IT IS FINALLY ORDERED that the appeal is abated and removed from this Court's active docket. The appeal will be reinstated on this Court's active docket upon the earlier of the State's filing its response to Appellant's briefing, or further order of this Court.

FILE COPY

**WITNESS** the Honorable James T. Worthen, Chief Justice of the Court of Appeals, 12th Court of Appeals District of Texas, at Tyler.

**GIVEN UNDER MY HAND AND SEAL OF SAID COURT**, at my office this the 25th day of September 2015, A.D.



PAM ESTES, CLERK
12TH COURT OF APPEALS

By: *Katrina McClenny*

Katrina McClenny, Chief Deputy Clerk